IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

JOHN G. MONTAGUE and his wife,
GWENDOLYN W. MONTAGUE,

    Plaintiffs,

vs.                             NO. 2:09-cv-2452-DV

PACIFIC INDEMNITY COMPANY,

    Defendant.

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiffs, John G. Montague and his wife, Gwendolyn W. Montague, by and through their undersigned attorney of record and pursuant to the Federal Rules of Civil Procedure and Local Rule 83.8(a), and notify the Court that all the claims of the Plaintiffs John G. Montague and his wife, Gwendolyn W. Montague, have been compromised and settled. A Consent Order of Dismissal with Prejudice will be entered upon approval by all parties of same.

                          Respectfully submitted,

                          **LAW OFFICE OF JOHN B. BARTELS**

                          By:   s/ John B. Bartels
                          John B. Bartels (BPR#020608)
                          Attorney for Plaintiffs
                          5100 Poplar Ave., Suite 2100
                          Memphis, Tennessee 38137
                          (901) 767-8500

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document has been served upon via electronic filing:

>Mr. DeWitt Shy, Jr.
>Attorney for Defendant, Pacific Indemnity Company
>130 North Court Avenue
>Memphis, Tennessee 38103

>Mr. John R. McCann
>Attorney for Defendant, Pacific Indemnity Company
>130 North Court Avenue
>Memphis, Tennessee  38103

This the  1st  day of  October , 2009.


By:    s/   John B. Bartels