IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

JOHN G. MONTAGUE and his       *
wife, GWENDOLYN W. MONTAGUE,   *
                               *
    PLAINTIFFS,                 *
                               *
VS.                            *      NO. 2:09-cv-2452
                               *
PACIFIC INDEMNITY COMPANY      *
and CHUBB GROUP OF INSURANCE   *
COMPANIES,                     *
                               *
    DEFENDANTS.                 *

---

CONSENT ORDER OF DISMISSAL WITH PREJUDICE

---

It appearing to the Court that the matters and things in controversy have been resolved by the parties, and that by consent of the parties, Plaintiffs' action against Pacific Indemnity Company and Chubb Group of Insurance Companies (Improperly named by Plaintiffs) should be dismissed in its entirety with prejudice;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that by consent, Plaintiffs' action against Pacific Indemnity Company and Chubb Group of Insurance Companies (Improperly named by Plaintiffs) be, and is hereby, dismissed with prejudice, each party to bear its own costs.

**s/Bernice Bouie Donald**
**U.S. DISTRICT COURT JUDGE**


**Date: <u>October 27, 2009</u>**