*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

---

**JOHN G. MONTAGUE and his wife,
GWENDOLYN W. MONTAGUE**

**v.**

**JUDGMENT IN A CIVIL CASE
Case No. 09-2452**

**PACIFIC INDEMNITY COMPANY
and CHUBB GROUP OF INSURANCE
COMPANIES**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Consent Order of Dismissal with Prejudice entered on October 27, 2009, this cause is hereby dismissed.**

**APPROVED:**

**s/Bernice B. Donald
UNITED STATES DISTRICT COURT**

**DATE: 10/27/2009**              THOMAS M. GOULD
                                   Clerk of Court

                                    s/Taffy Elchlepp
                                  (By)   Deputy Clerk